IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JESSICA PYNES-PRICE ,

      Appellant,

v.

STATE OF FLORIDA ,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4509

_____/

Opinion filed October 5, 2016.

An appeal from the Circuit Court for Liberty County.
Hon. Barbara K. Hobbs, Judge.

Jeffrey E. Lewis, Criminal Conflict & Civil Regional Counsel, and Michael J. Titus, Assistant Regional Conflict Counsel.

Pamela Jo Bondi, Attorney General, for Appellee.

PER CURIAM.

      AFFIRMED.

WOLF, LEWIS, and OSTERHAUS, JJ., CONCUR.